**Order entered December 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01299-CR

**JEREMY LEONARD MAYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-71504-H**

## ORDER

On November 30, 2015, this Court ordered court reporter Crystal Jones to file, within fifteen days, the reporter's record, including all exhibits, of the November 9, 2015 hearing conducted regarding the notice of appeal. To date, Ms. Jones has not filed the record .

It appears a reporter's record was rejected on December 1, 2015 with directions to correct the record because the exhibits were not bookmarked. It is not clear whether the record that was rejected was the record of the November 9, 2015 hearing or the complete reporter's record for the trial.

Accordingly, we **ORDER** Crystal Jones, official court reporter of the Criminal District Court, to file, by **JANUARY 4, 2016** the reporter's record, including all exhibits, of the November 9, 2015 hearing conducted regarding the notice of appeal.

We further **ORDER** Ms. Jones to file the reporter's record, including all exhibits, of the jury trial by **FEBRUARY 1, 2016**.

We **DIRECT** the Clerk to send copies of this order to Crystal Jones, official court reporter, Criminal District Court, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE